# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JAMEY PAUL LABOVE (TDCJ No. 1971632), | § § § | |
| Petitioner, | § § | |
| V. | § | No. 3:17-cv-1324-N-BN |
| JACK GARDNER, Warden, | § § § | |
| Respondent. | § § | |

## ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

This *pro se* habeas action has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from United States District Judge David C. Godbey. On October 20, 2017, the undersigned issued findings of fact, conclusions of law, and a recommendation that the Court should dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) based on Petitioner Jamey Paul Labove's failure to comply with a Court order (the "FCR"). *See* Dkt. No. 8. Because Labove now has complied with that order, *see* Dkt. No. 10, the FCR is WITHDRAWN, and the undersigned will resume pretrial management of this action.

SO ORDERED.

DATED: November 3, 2017

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE