IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMEY PAUL LABOVE<br>(TDCJ No. 1971632),<br><br>   Petitioner,<br><br>V.<br><br>JACK GARDNER, Warden,<br><br>   Respondent. | § § § § § § § § § § § | No. 3:17-cv-1324-N |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of January, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE